No. 5264.—Pérez, apldo., v. Vieira et al., apltes.—C. D. San Juan. Abril 24, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por cuanto, el apelado ha presentado una moción para desestimar por haber dejado el apelante de radicar el récord dentro del término de noventa días prescrito en el artículo 59 del Reglamento de este tribunal, y acompaña con su moción un *affidavit* y varias certificaciones tendentes a probar que han transcurrido 172 días desde que se radicó el escrito de apelación sin que el apelante haya demostrado debida diligencia y especialmente que ha dejado de explicar la demora

en elevar los autos a esta corte después de aprobada la exposición del caso por la corte inferior,

POR TANTO, esta corte, en uso de su discreción, declara con lugar la moción y en su consecuencia desestima el recurso.